Rosemary Trinh HUYNH,
Plaintiff–Appellant,

v.

Paul H. O'NEILL, Secretary of the United States Department of the Treasury, Defendant–Appellee,

and

Josie Wood, I.S.D. Manager; Susan Thompson, Chief Manager, Defendants.

**610**

Rosemary Trinh Huynh,
Plaintiff–Appellant,

v.

Paul H. O'Neill, Secretary of the
United States Department of the
Treasury, Defendant–Appellee,

and

Josie Wood, I.S.D. Manager; Susan
Thompson, Chief Manager,
Defendants.

Nos. 02–1618, 02–1832.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 21, 2002.

Decided Nov. 7, 2002.

Rosemary Trinh Huynh, Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Joan Elizabeth Evans, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Rosemary Trinh Huynh appeals the district court's order adopting the magistrate judge's report and recommendation and granting the Appellee's motion for summary judgment in her Title VII action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Huynh v. O'Neil,* No. CA–01–445–3 (E.D.Va. May 29, 2002). We deny the Appellee's motion to dismiss or strike the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*